UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN D. MUIR,

    Plaintiff,

v.                                Case No. 3:21-cv-475-BJD-MCR

BAPTIST PULMONARY
SPECIALISTS, INC. and BAPTIST
HEALTH SYSTEMS, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal of Complaint with Prejudice (Doc. 23; Stipulation) filed on March 3, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 10th day of March, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record